UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

John Marshall,
an individual,

        Plaintiff(s),

                         CIVIL ACTION NO. 1:13cv11188 - RGS

v.

Rent-A-Center East, Inc.,
a Delaware Corporation,
        Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

        The Court having been advised by counsel that the above-entitled action has settled:

        It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

        SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

                BY:

                                            /s/ *Terri Seelye*

Dated: September 13, 2013                   Courtroom Clerk to the
                                                  Honorable Richard G. Stearns